427 F.2d 1368
 UNITED STATES of America, Plaintiff-Appellant,
v.
Lee Marshall HARRIS and Morris Ray Caldwell, Defendants-Appellees.
 No. 25120.
 United States Court of Appeals, Ninth Circuit.
 July 27, 1970, Rehearing Denied Aug. 28, 1970.
 
 Appeal from the United States District Court for the Central District of California; Manuel L. Real, Judge.
 Richard L. Jaeger (argued), Asst. U.S. Atty., William Matthew Byrne, Jr., U.S. Atty., J. Kent Steele, Asst. U.S. Atty., Robert L Brosio, Chief, Criminal Division, Los Angeles, Cal., for appellant.
 Burton Marks, of Marks, Sherman & London, Beverly Hills, Cal., for appellee Caldwell.
 Frederic A. Spindell, Hollywood, Cal., for appellee Harris.
 Before KOELSCH and HUFSTEDLER, Circuit Judges, and THOMPSON[1] District Judge.
 PER CURIAM:
 
 
 1
 The narcotics were seized in circumstances essentially similar to those in Castillo-Garcia v. United States, 424 F.2d 482 (9th Cir. 1970); accordingly, the order of the district court suppressing the use of such drugs as evidence is
 
 
 2
 Reversed.
 
 
 
 [1]
 Honorable Bruce R. Thompson, United States District Judge, Reno, Nevada, sitting by designation